## Commonwealth ex rel. Brooks, Appellant, *v.* Lindsey et al.

 Argued June 11, 1973. *Harold J. Funt,* with him *Alan N. Linder, Eugene F. Zenobi,* and *J. Richard Gray,* for appellant; *J. Andrew Smyser,* Deputy Attorney General, with him *Israel Packel,* Attorney General, for appellee.

Order affirmed.